HEINS *v.* SAVANNAH, FLORIDA AND WESTERN RAILWAY CO.

FISH, J.   This was the first grant of a new trial, and the evidence did not demand the verdict ; the judgment is, therefore, affirmed.

> *Judgment affirmed.   All the Justices concurring.*

Argued December 5, — Decided December 19, 1900.

Action for damages.   Before Judge Spence.   Decatur superior ·court.   November term, 1899.

*C. P. Hansell* and *J. H. Merrill*, for plaintiff.
*D. H. Pope, A. H. Russell*, and *M. E. O'Neal*, for defendant.